**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> Vs. ) <br> ) <br> ) <br> David Macavoy Craner ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> YOB: 1960 ) <br> United States Citizen ) <br> ) | Date of Arrest: April 1, 2021 <br><br> Magistrate's Case No. 21-1133MJ <br><br> COMPLAINT FOR VIOLATION OF <br> 21 U.S.C. §§ 846 and 841(a)(1) and <br> (b)(1)(A)(viii) <br> Conspiracy to Possess a Controlled <br> Substance with Intent to <br> Distribute, Methamphetamine |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

Beginning on an unknown date and continuing through on or about February 27, 2021, in the District of Arizona, the defendant, David Macavoy CRANER, knowingly and intentionally combined, conspired, confederated, and agreed with Annmarie Michelle Summarell, and others known and unknown, to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

I further state that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Brandon Brown

BRANDON BROWN
Digitally signed by BRANDON BROWN
Date: 2021.04.02 00:30:05 -07'00'

Nicholas Ballance
Digitally signed by Nicholas Ballance
DN: cn=Nicholas Ballance, o=FBI, ou, email=njballance@fbi.gov, c=US
Date: 2021.04.02 00:36:45 -07'00'

Nicholas Ballance
Special Agent
Federal Bureau of Investigation

Sworn to telephonically, April 2, 2021 and subscribed electronically at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

vs.

Annmarie Michelle SUMMARELL

**STATEMENT OF FACTS**

I, Nicholas Ballance, being duly sworn do state the following:

On February 22, 2021 at approximately 12:35 p.m., agents intercepted a phone call between Annmarie Michelle SUMMARELL and Kenneth HACKETT, in which HACKETT requested "15," and indicated he would be in Yuma, Arizona on Friday, February 26, 2021. During intercepted calls with Hackett and others, Summarell referred to Hackett as "Dad," even though Hackett is not her father.

On the same day at approximately 3:59 p.m., agents intercepted a call between SUMMARELL and David Macavoy CRANER. During the call, SUMMARELL requested 15 boxes of girl scout cookies for Friday, "as normal."

On Friday, February 26, 2021 at approximately 11:37 a.m., CRANER crossed from Mexico into the United States via the Calexico, California East Port of Entry driving a red 2015 Ford F-350. On the same day at approximately 4:22 p.m., surveillance indicated that CRANER arrived to SUMMARELL's residence in the same red 2015 Ford F-350. After pulling into the driveway, CRANER and a second subject entered SUMMARELL's residence with the second subject carrying a large multicolored bag. Approximately forty-five minutes later, CRANER and the second subject exited the residence, with the second subject carrying the large multicolored bag.

On the same day, at approximately 10:55 p.m., surveillance indicated that a white 2017 Dodge Ram Pickup registered to Kenneth HACKETT (a.k.a.: "Dad"), arrived at SUMMARELL's residence. HACKETT was observed entering SUMMARELL's residence. At approximately 11:12 p.m., surveillance indicated that CRANER and the second subject both arrived and entered SUMMARELL's residence.

On February 27, 2021, at approximately 11:36 p.m., the Federal Bureau of Investigation in conjunction with other law enforcement agencies, executed a search warrant on a white 2017 Dodge Ram pickup being driven by HACKETT that left Summarell's residence earlier that evening. The vehicle was stopped near Mecca, California, between Yuma, Arizona, and the Los Angeles area. During the search agents located approximately 7.376 kilograms (with packaging) of a substance from a toolbox in the truck bed that field tested positive for methamphetamine. 7.376 kilograms is equal to approximately 16.22 pounds.

On February 27, 2021, at approximately 11:40 p.m., the Federal Bureau of Investigation executed a search warrant at the residence of SUMMARELL, in Yuma, Arizona. As a result of the search, agents located and seized approximately 2.628 kilograms (with packaging) of a substance from SUMMARELL's bedroom closet that field tested positive for methamphetamine, agents also seized a money counter, multiple sets of scales, over $9,000 in United States currency, and multiple small baggies that are consistent with items used to package controlled substances for sale.

On April 1, 2021, during a post-*Miranda* statement, CRANER admitted to bringing methamphetamine from Mexico into the United States and taking it to SUMMARELL's residence for sale to an individual he referred to as "Dad," on several occasions, but did not provide specific dates. Craner said he would first deliver the methamphetamine to Summarell's residence, and that "Dad" would pay for the methamphetamine upon arriving at Summarell's residence. Craner also admitted that "boxes of girl scout cookies" refers to pounds of methamphetamine.

Based on the foregoing, there is probable cause to believe that David Macavoy CRANER conspired to possess methamphetamine with intent to distribute.

Nicholas Ballance
Digitally signed by Nicholas Ballance
DN: cn=Nicholas Ballance, o=FBI, ou, email=njballance@fbi.gov, c=US
Date: 2021.04.02 00:37:08 -07'00'

Nicholas Ballance
Special Agent
Federal Bureau of Investigation

Subscribed to electronically and sworn to telephonically, April 2, 2021 at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge